## UNITED STATES of America, Plaintiff–Appellee,

v.

Hilario VILLA TELLEZ, also known as Arturo Villanueva–Garcia, also known as Hilario Villa–Telles, also known as Hilario Villa–Tellas, Defendant–Appellant.

No. 04–50682.

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Dec. 17, 2004.

Joseph H. Gay, Jr, Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

Scott Alan Vogelmeier, El Paso, TX, for Defendant–Appellant.

Before KING, Chief Judge, and DeMOSS and CLEMENT, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Hilario Villa Tellez raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that a prior conviction is a sentencing factor under 8 U.S.C. § 1326(b)(2) and not a separate criminal offense. The Government's motion for summary affirmance is

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.